U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 8 2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARK AMASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-805-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Mark Amason is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income benefits under the Social Security Act. On March 1, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and recommendation ("FC&R"), and granted the parties until March 15, 2013, in which to file and serve any written objections thereto. Plaintiff filed his objections, defendant filed a response, and plaintiff filed a reply.[1] After a thorough study of the record, the magistrate judge's proposed findings and

---

[1] Plaintiff's reply document was titled "Plaintiff's Response to Defendant's Objections to the Report and Recommendation of the United [States] Magistrate Judge."

conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for supplemental security income protectively filed on March 5, 2010, plaintiff, Mark Amason, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED April 8, 2013.

JOHN McBRYDE
United States District Judge